UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                         :

RHAWN JOSEPH,                       :

                          :

          Plaintiff,           :      <u>ORDER</u>

                          :

        -against-            :

                          :      20 Civ. 4672 (AJN) (GWG)

SPRINGER NATURE, et al.,        :

                          :

         Defendants.       :
--------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

      Plaintiff, having amended his complaint twice in this case, has now filed a "motion to join" seeking to add additional parties to the action.  Docket # 31.  While styled as a "motion to join," in substance plaintiff seeks leave to amend his complaint once again.  See <u>Bowers v. SMC Corp.</u>, 2008 WL 1700447, at *3 (W.D.N.Y. Apr. 9, 2008) ("[A] motion to join parties also implicitly seeks to amend the Complaint to add new parties, such that the requirements of Fed. R. Civ. P. 15(a) . . . must also be met.").  The Court thus construes the "motion to join" as an application for a pre-motion conference seeking to amend the complaint under Rule 15 of the Federal Rules of Civil Procedure.  The pre-motion conference requirement is waived and thus the Court grants plaintiff permission to file a motion to amend.

      The Court notes that plaintiff must attach to any motion to amend a complete draft of his proposed fourth amended complaint.  Also, he is warned that if his motion is granted, his proposed fourth amended complaint <u>will completely replace, not supplement, the third amended complaint.</u>  Thus, plaintiff must include all allegations and claims in any proposed fourth amended complaint.

      Nothing in this order shall be construed as opining on the merits of any motion to file a fourth amended complaint.

      Finally, the plaintiff's previous motion to join, Docket # 14, is denied as moot given that the proposed defendants were included in the later-filed third amended complaint (Docket # 19).

SO ORDERED

Dated:  New York, New York
          September 11, 2020

GABRIEL W. GORENSTEIN
United States Magistrate Judge