```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                            :
RHAWN JOSEPH,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :         20-CV-4672 (JPC)
            -v-                                             :
                                                            :         NOTICE OF
SPRINGER NATURE, et al.,                                    :         REASSIGNMENT
                                                            :
                              Defendants.                   :
                                                            :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2020

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court, but any conference or oral argument before the Magistrate Judge will proceed as ordered. **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for *Pro* Se Litigants, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment must be made in writing and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether the opposing party consents, and, if not, the reasons given by the opposing party for refusing to consent.

SO ORDERED.

Dated: October 6, 2020
     New York, New York

                                  JOHN P. CRONAN
                                  United States District Judge