```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
RHAWN JOSEPH,                                                    :
:
                Plaintiff,                     :           20-CV-4672 (JPC)
:
     -v-                                                       :
:                     ORDER
SPRINGER NATURE, *et al.*,                                       :
:
                Defendants.                    :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiff's Rule 55(b)(2) Motion (Dkt. 33) is DENIED without prejudice for failure to comply with Local Civil Rule 55.2. In particular, Plaintiff failed to append the Clerk's certificate of default to his motion as required by Local Civil Rule 55.2.

    SO ORDERED.

Dated: October 6, 2020
       New York, New York
                                        JOHN P. CRONAN
                                        United States District Judge